## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | |
|---|---|
| JERMAN BARTON,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, WARDEN JOSEPH MCFADDEN OF LIEBER CORRECTIONAL INSTITUTION (SCDC); CORRECTIONAL OFFICER JOYNER AT LIEBER CORRECTIONAL INSTITUTION; WARDEN WILLIE EAGLETON OF EVANS CORRECTIONAL INSTITUTION (SCDC); and CORRECTIONAL OFFICER LT. JONES AT EVANS CORRECTIONAL INSTITUTION;<br><br>    Defendants. | C/A No.: 1:17-00606-JFA-SVH<br><br><br>ORDER REMANDING CASE<br>TO STATE COURT |

Originally, this case was filed in the Court of Common Pleas in Dorchester County, South Carolina, Civil Action No. 2017-CP-18-91. Without objection, the Defendants removed this case to this Court.

The Amended Complaint alleges State claims for violations of the Tort Claims Act of South Carolina against Defendant South Carolina Department of Corrections and alleges Federal Civil Rights claims under 42 U.S.C. §1983 against Defendants McFadden, Joyner, Eagleton and Jones.

By Stipulation dated August 9, 2018, all Parties agreed to dismiss Defendants McFadden, Joyner, Eagleton and Jones from the Amended Complaint with prejudice and without payment of money regarding the Federal Civil Rights claims under 42 U.S.C. §1983.

Because the Amended Complaint now alleges only State claims against the remaining Defendant, South Carolina Department of Corrections, all Parties consent to the Amended Complaint being remanded to State Court.

Therefore it is ORDERED that this case shall be remanded to the Court of Common Pleas in Dorchester County, South Carolina, Civil Action No. 2017-CP-18-91.

IT IS SO ORDERED.

August 15, 2018                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                 United States District Judge